No. 00-9184. MAY v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 00-9192. SLEDGE v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 00-9196. WILLIAMS v. BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00-9197. WASH v. GILLESS, SHERIFF, SHELBY COUNTY, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 00-9201. KEARNEY v. OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 00-9202. JOHNSON v. LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 00-9211. FRYER v. AYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00-9212. FARRIS v. POPPELL, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00-9217. FULLER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00-9220. FOWLER v. WITHROW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00-9225. FRYER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00-9230. KASSEBAUM v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 00-9232. JAMES v. SMALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00-9235. JONES v. MCDOWELL ET AL. C. A. 6th Cir. Certiorari denied.